**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                   NO. 4:99CR00049-004 SWW

LEE SULLIVAN IVORY

### ORDER

The above entitled cause came on for hearing on petition to revoke the supervised released previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Upon the basis of the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED that the government's motion for revocation of supervised release previously granted this defendant is granted, and his supervised release is revoked.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of TWELVE (12) MONTHS in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in the facility located in Texarkana and that he participate in a residential or non-residential substance abuse treatment program during incarceration.

There will no supervised release following defendant's term of imprisonment.

IT IS FURTHER ORDERED that the balance of restitution imposed previously which is in the amount of $42,662.54 remains due and payable.

During his term of incarceration, defendant shall pay 50% per month of all funds available to him. When defendant is released from imprisonment, he still will be responsible for paying the restitution owed.

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED this 13th day of September, 2007.

<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE